# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Continental Resources, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Tejon Exploration Company, | ) | |
| | ) | Case No. 4:14-cv-096 |
| Defendant. | ) | |

Before the court is a motion for attorney John R. Thompson III to appear *pro hac vice* on behalf of defendant. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney John R. Thompson III has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 9) is **GRANTED**. Attorney John R. Thompson III is admitted to practice before this court in the above-entitled action on behalf of defendant.

**IT IS SO ORDERED.**

Dated this 2nd day of October, 2014.

                                                 */s/ Charles S. Miller, Jr.*
                                                 Charles S. Miller, Jr.
                                                 United States Magistrate Judge